COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






NUMBER 13-07-280-CV



CAROLINE KUEPPER, Appellant,


v.



EDDIE LEE MOORE, Appellee.


___________________________________________________________________


NUMBER 13-07-283-CV



GUY RACETTE, M.D., Appellant,


v.



EDDIE LEE MOORE, Appellee.

___________________________________________________________________


On appeal from the 347th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellants, CAROLINE KUEPPER and GUY RACETTE, M.D., perfected appeals
from orders entered by the 347th District Court of Nueces County, Texas, in cause
number 05-180-H. After the clerk's record was filed, appellants filed motions to
dismiss the appeals. In the motions, appellants state that the parties have reached a
settlement in connection with this matter and that all issues in dispute have been 
resolved. Appellants request that this Court dismiss the appeals.

 The Court, having considered the documents on file and appellants' motions to
dismiss the appeals, is of the opinion that the motions should be granted. Appellants'
motions to dismiss are granted, and the appeals are hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 31st day of August, 2007.